**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

NEETA SINGH, )
)
*Plaintiff*, )
)
v. ) Case No. 1:26-cv-1366 (PTG/LRV)
)
TODD BLANCHE, *et al.*, )
)
*Defendants*. )
)

**ORDER**

This matter comes before the Court on the Defendants' motion to stay the proceedings. Upon consideration of the motion, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the instant action is **STAYED** until further order of this Court; and it is hereby

**ORDERED** that the parties shall file a status report with this Court every sixty (60) days during the pendency of the stay.

Dated: September 9th, 2026
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge